NUMBER
13-10-00502-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

FIDEL
PULIDO,                                                                              Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                 Appellee.

____________________________________________________________

 

                          On
Appeal from the 148th District Court

                                       of
Nueces County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

Before Chief Justice Valdez and
Justices Rodriguez and Vela

                               Memorandum
Opinion Per Curiam

 








Appellant,
Fidel Pulido, by and through his attorney, has filed a motion to dismiss his
appeal because he no longer desires to prosecute it.  See Tex. R. App. P. 42.2(a).  Without
passing on the merits of the case, we grant the motion to dismiss pursuant to
Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having
dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.

 

PER
CURIAM

Do not
publish.  See Tex. R. App. P.
47.2(b).  

Delivered and filed the

23rd day of September, 2010.